IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 DEC 14 AM 10: 38

CLERK _____
SO. DIST. OF GA.

CAMPANELLA D'ANGELO, )
                     )          CIVIL ACTION NO.: CV610-050
        Petitioner,  )
                     )
    vs.              )
                     )
VANESSA O'DONNELL, Warden, )
                     )
        Respondent.  )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**, and D'Angelo's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2254, is **DISMISSED** without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 14th day of _December_, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)